UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | |
| *Plaintiff,* | ) | 1:17-cv-1797-WTL-DML |
| | ) | Hon. William T. Lawrence |
| v. | ) | Judge Presiding |
| STATE OF INDIANA, | ) | Hon. Debra McVicker Lynch |
| *Defendant.* | ) | Magistrate Judge |
| | ) | Jury Trial Demanded |

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

I, *plaintiff* Andrew U. D. Straw, have sued the State of Indiana to have ballot access for the Indiana Secretary of State race on November 6, 2018 without the burden of gathering signatures, and the *defendant* must answer or defend within the 21 days required on the Summons form following service, and so I move the following:

1. I incorporate by reference the AFFIDAVIT enclosed with this MOTION, which explains the factual grounds for seeking entry of default and default judgment.

2. As explained in the AFFIDAVIT, 21 days from service by the U.S. Marshal falls on **September 12, 2017**. This is the deadline, after which the defendant is in default and the Summons indicates entry of default will be done after that time expires in the absence of answer or defense.

3. I am mailing this MOTION and AFFIDAVIT in support on September 11, 2017. Normal USPS First Class Mail service should

1

bring these documents to the Court on or after September 13, 2017, past the deadline, since I am mailing from my home in Elgin, Illinois.

4. I request from the Court default on my request for an injunction to mandate that the State of Indiana will not impose any signature requirement on me for one election, November 6, 2018, and one office, Indiana Secretary of State.

5. I request *de minimus* costs for postage and printing and stationery in the amount of $50 sum certain. No other damages is sought in the complaint given an injunction is granted.

6. I will naturally abide by all other rules and laws pertaining to this General Election, including the obligation to be a registered voter and resident of the State of Indiana before Election Day, 2018.

7. These things I move and thank the Court.

I, *plaintiff,* Andrew U. D. Straw, certify that to the best of my knowledge,

information, and belief, formed after an inquiry reasonable under the

circumstances, that the above statements and factual representations

are true and correct under penalty of perjury.

Respectfully submitted,
s/ ANDREW U. D. STRAW
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173
Telephone: (312) 985-7333  Fax: (877) 310-9097
andrew@andrewstraw.com
September 11, 2017

## CERTIFICATE OF SERVICE

I, *plaintiff* Andrew U. D. Straw, certify that I filed the above MOTION
with the Clerk of this Court via U.S. Mail, First Class and postage
prepaid on September 11, 2017, and this will be scanned by the Clerk and
served on all attorneys of record through CM/ECF as well as permanently
available to the public and all parties through Pacer.gov.

Respectfully submitted,
s/ ANDREW U. D. STRAW
1900 E. Golf Rd., Suite 950A
Schaumburg, IL 60173
Telephone: (312) 985-7333  Fax: (877) 310-9097
andrew@andrewstraw.com
*Plaintiff,* Proceeding *Pro Se*